Unite Am. Fund v Ozturk Family Transp. (2025 NY Slip Op 50989(U))

[*1]

Unite Am. Fund v Ozturk Family Transp.

2025 NY Slip Op 50989(U)

Decided on June 18, 2025

Supreme Court, Nassau County

Kapoor, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on June 18, 2025
Supreme Court, Nassau County

Unite America Fund, Plaintiff,

against
Ozturk Family Transportation, OKUR TRUCKING, LLC, 
 H.M.Y. TRUCKING LLC, METINER INC., FERHAT OZTURK, and MUSTAFA OTZURK, Defendants.

Index No. 621152/2024

Sarika Kapoor, J.

NYSCEF Docs. 1-9 were read and considered in deciding this motion.
Relief Requested
The plaintiff moves, by order to show cause, for a preliminary injunction pending the resolution of this action, prohibiting the transfer of funds from the defendants' bank account ending in numbers 6770, up to the amount of $214,582.50. 

Background
This action arises out of a merchant cash agreement, pursuant to which the plaintiff purchased account receivables from the defendants. Pursuant to the agreement, the parties entered into an ACH agreement which allowed the plaintiff to make debits from the defendants' account ending in numbers 660 (NYSCEF 5). The defendants allegedly defaulted on their obligations under the merchant cash agreement by preventing the plaintiff from making ACH debits. The plaintiff thereafter commenced this action to recover damages for beach of contract (first cause of action) and breach of a personal guaranty (second cause of action), seeking to recover from the defendants, jointly and severally, inter alia, the principal sum of $214,582.50.

Motion Sequence 001
Contemporaneously with commencing this action, the plaintiff moved, by order to [*2]show cause, for a preliminary injunction pending the resolution of this action, prohibiting the transfer of funds from the defendants' bank account ending in numbers 6770, up to the amount of $214,582.50. This Court granted temporary injunctive relief in an order to show cause signed November 27, 2024, pending the determination of this motion.
Although the defendants have filed an answer, the motion is unopposed.

Discussion
"A preliminary injunction may not be obtained to preserve assets as security for a potential monetary judgment even if the evidence shows that a party intends to frustrate any judgment by making it uncollectible" (Fatima v Twenty Seven-Twenty Four Realty Corp., 65 AD3d 1079, 1079 [2d Dept 2009]; see Credit Agricole Indosuez v Rossiyskiy Kredit Bank, 94 NY2d 541 [2000]). Here, the plaintiff has not yet obtained a money judgment against the defendants, and, in any event, the account which the plaintiff seeks to restrain is not the subject of this action (see CPLR 6301; Credit Agricole Indosuez v Rossiyskiy Kredit Bank, 94 NY2d at 547-548). Accordingly, the plaintiff's motion for a preliminary injunction must be denied.

Conclusion
Based on the foregoing, it is hereby
ORDERED that the plaintiff's motion for a preliminary injunction is DENIED; and it is further,
ORDERED that the temporary restraining order issued by this Court's order to show cause signed November 27, 2024, is VACATED; and it is further,
ORDERED that pursuant to the provisions of 22 NYCRR 202.19 and 22 NYCRR 202.23, a preliminary conference will be scheduled in this matter within 30 days after the date of this decision and order.
Any other relief requested not specifically addressed herein is DENIED.
This shall constitute the decision and order of this Court.
Dated: June 18, 2025
Mineola, NY
E N T E R :
HON. SARIKA KAPOOR, A.J.S.C.